**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
Harry L. Arnold, Esq.
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
acalaway@maclaw.com
harnold@maclaw.com
  Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRILLIUM PARTNERS, L.P,<br><br>                    Plaintiff,<br>        vs.<br><br>CLEAN VISION CORPORATION,<br><br>                    Defendant. | Case Number:<br>2:25-cv-01009-CDS-DJA<br><br>**~~STIPULATION AND~~ ORDER TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE FOR COMPLAINT [ECF NO. 1]**<br><br>**(SECOND REQUEST)** |

Defendant Clean Vision Corporation ("Defendant" or "Clean Vision"), and plaintiff Trillium Partners L.P. ("Plaintiff"), by and through their respective, undersigned counsels, hereby stipulate and agree to as follows:

1.     On or about June 9, 2025, Plaintiff filed its Complaint (ECF No. 1); Clean Vision was served with the Summons and Complaint on June 17, 2025 (ECF No. 4).

2.     Defendant and Plaintiff previously submitted a stipulation and order that was entered on July 7, 2025 (ECF No. 7 or the "SAO").

3.     Pursuant to the SAO, Clean Vision's current responsive pleading deadline is July 18, 2025.

4.     As identified in the SAO, the Parties requested an initial extension of time, in part, to be able to broach the possibility of an early settlement.

MAC: 17107-005 (#5966432.1)

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1        5.       The Parties have indeed broached the possibility of an early settlement, and would

2  like additional time to continue said discussions, in the interest of preserving party and judicial

3  resources.

4        6.       Accordingly, the parties wish to continue deadlines in this case as follows:

5         a.      Defendant's responsive pleading deadline for the Complaint shall be on or

6  before August 4, 2025.

| Submitted By:<br>Dated this 16th day of July, 2025 | Approved as to Content By:<br>Dated this 16th day of July, 2025 |
|---|---|
| **MARQUIS AURBACH** | **MAIER GUTIERREZ & ASSOCIATES** |
| By: */s/Harry L. Arnold*<br>    Brian R. Hardy, Esq.<br>    Nevada Bar No. 10068<br>    Alexander K. Calaway, Esq.<br>    Nevada Bar No. 15188<br>    Harry L. Arnold, Esq.<br>    Nevada Bar. No. 15866<br>    10001 Park Run Drive<br>    Las Vegas, Nevada 89145<br>    *Attorneys for Defendant* | By: */s/ JP Hendricks*<br>    Jason R. Maier, Esq.<br>    Nevada Bar No. 8557<br>    Jean Paul Hendricks, Esq.<br>    Nevada Bar No. 10079<br>    8816 Spanish Ridge Ave<br>    Las Vegas, Nevada 89148<br>    *Attorneys for Plaintiff* |

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 17, 2025

*Left margin:* **MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 17107-005 (#5966432.1)