**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
Harry L. Arnold, Esq.
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
acalaway@maclaw.com
harnold@maclaw.com
   Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRILLIUM PARTNERS, L.P, <br><br> Plaintiff <br><br> v. <br><br> CLEAN VISION CORPORATION, <br><br> Defendant | Case Number: <br> 2:25-cv-01009-CDS-DJA <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Trillium Partners, L.P. ("Plaintiff") and Defendant Clean Vision Corporation ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to dismiss, with prejudice, all causes of action asserted by the Plaintiff in the Complaint [ECF No. 1] filed on June 9, 2025, against the Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED AND AGREED that Plaintiff and the Defendant will bear their own costs and attorneys' fees incurred in relation to the proceedings before this Court.

IT IS SO STIPULATED.

| Submitted By: | Approved as to Content By: |
|---|---|
| Dated this 11th day of August 2025 | Dated this 11th day of August 2025 |
| **MARQUIS AURBACH** | **MAIER GUTIERREZ & ASSOCIATES** |
| By: */s/Harry L. Arnold*<br>Brian R. Hardy, Esq.<br>Nevada Bar No. 10068<br>Alexander K. Calaway, Esq.<br>Nevada Bar No. 15188<br>Harry L. Arnold, Esq.<br>Nevada Bar. No. 15866<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendant* | By:*/s/JP Hendricks*<br>Jason R. Maier, Esq.<br>Nevada Bar No. 8557<br>Jean Paul Hendricks, Esq.<br>Nevada Bar No. 10079<br>8816 Spanish Ridge Ave<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiff* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated: August 12, 2025

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816